UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALEXANDER FECTEAU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>US BANKRUPTCY COURT CLERK<br>FOR THE CITY OF TACOMA, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 3:19-cv-5718 RBL-JRC<br><br>REPORT AND<br>RECOMMENDATION<br><br>**NOTING DATE:** AUGUST 23, 2019 |

　　The District Court has referred this matter filed under 42 U.S.C. § 1983 to the undersigned, as authorized by 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4. *See* Dkt. 1. The matter is before the Court on plaintiff's request for voluntary dismissal. *See* Dkt. 4.

　　This matter began as a proposed class action complaint filed in cause number 3:19-cv-05475-RBL-JRC. Plaintiff was a proposed class member in that cause, and on July 31, 2019, the District Court entered an order severing plaintiff's claims from those in Cause Number -05475. Dkt. 1, at 1. The District Court further ordered that the Clerk open an individual case, under a new cause number, for plaintiff. *See* Dkt. 1, at 2.

REPORT AND RECOMMENDATION - 1

1    Pursuant to that Order, the Clerk opened this matter, docketed plaintiff's application to
2    proceed *in forma pauperis*, and directed plaintiff to file a new proposed complaint in support of
3    his *in forma pauperis* application. *See* Dkt. 3. On the same day, plaintiff requested to "withdraw
4    my [plaintiff's] Complaint in this Court [sic]" as he "no longer wish[ed] to pursue this matter[.]"
5    Dkt. 4, at 1. Plaintiff has not filed a proposed complaint in support of his *in forma pauperis*
6    application in this matter, and no defendant has appeared. *See* Dkt.

7    Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff may voluntarily dismiss this
8    matter. The undersigned interprets plaintiff's request as a request for voluntary dismissal under
9    Rule 41(a) and recommends that plaintiff's request be granted and that the matter be dismissed
10   without prejudice.

11   Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), the parties
12   shall have fourteen (14) days from service of this Report and Recommendation to file written
13   objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
14   objections for purposes of *de novo* review by the district judge (*see* 28 U.S.C. § 636(b)(1)(C)),
15   and can result in a result in a waiver of those objections for purposes of appeal. *See Thomas v.*
16   *Arn*, 474 U.S. 140 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations
17   omitted). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the
18   matter for consideration on **August 23, 2019** as noted in the caption.

19   Dated this 7th day of August, 2019.

20
21   _____
     J. Richard Creatura
22   United States Magistrate Judge
23
24