UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ALEXANDER FECTEAU,<br><br>               Plaintiff,<br><br>    v.<br><br>US BANKRUPTCY COURT CLERK<br>FOR THE CITY OF TACOMA, *et al.*,<br><br>               Defendants. | CASE NO. 3:19-cv-05718 RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, any objections to the Report and Recommendation, and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED** and pursuant to plaintiff's request, this matter is dismissed without prejudice and the case is closed. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

IT IS SO ORDERED.

DATED this 27th day of August, 2019.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1